IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR JACKSON, ET AL. :
: CIVIL ACTION
v. :
: NO. 18-0785
P/O BRANDON MOORE, ET AL. :

**O R D E R**

**AND NOW**, this 27th day of August, 2018, upon consideration of Defendants' Second Motion to Dismiss for Failure to State a Claim (ECF No. 10), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**, and that Count Four of the Amended Complaint is **DISMISSED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**